# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GLAZE,<br><br>        Plaintiff,<br><br>   v.<br><br>STANE, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01153-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>[ECF No. 9] |

Plaintiff Rodney Glaze is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 28, 2014, the undersigned screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a). Plaintiff was directed to file an amended complaint within thirty days or the action would be dismissed, with prejudice, for failure to state a cognizable claim for relief. (ECF No. 9.) To date, Plaintiff has failed to comply with the court order.

///
///
///
///
///
///

1

Accordingly, Plaintiff is HEREBY ORDERED to show cause within thirty (30) days from the date of service of this order why this action should not be dismissed as a sanction against him for failing to obey a court order and failing to prosecute this action.  <u>The failure to comply with this order, or the failure to show good cause, will result in dismissal of the action</u>.

IT IS SO ORDERED.

Dated:   **December 2, 2014**

_____
UNITED STATES MAGISTRATE JUDGE